WILLIAM H. DICKENS, Appellant, v. TOWN OF LIVONIA, Respondent.— Judgment insofar as appealed from unanimously modified by striking the first

ordering paragraph (see *Matter of Mandis* v. *Gorski,* 24 A D 2d 181, 184), and as modified affirmed, without costs of this appeal to either party. (Appeal from part of judgment of Livingston Trial Term in a declaratory judgment action.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.